In re                                                          Case No. 15–33066
                                                               Chapter 13
Rita Richards Corbitt

      Debtor

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on June 13, 2016 at 01:30 PM

to consider and act upon the following:

***41*** – Motion for Relief from Stay . Fee Amount $176, in addition to Motion for Relief from Co–Debtor Stay filed by Paul J. Spina III on behalf of Ally Financial. (Attachments: # 1 Exhibit Contract & Title # 2 Affidavit) (Spina, Paul)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1–888–431–3632 Participant Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

      – Mute your telephone as applicable until your case is called
      – Do not place the phone on hold during the call as many companies utilize background music

      If you cannot mute your phone:
      – Do not conduct work such as paper shuffling or keyboard typing
      – Do not address the court until you are called upon
      – Remain silent while waiting
      – Refrain from making unnecessary noise
      – Turn off electronics that broadcast sound – television, radio
      – Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated: May 19, 2016

*Juan-Carl Guerrero* (signature)

Juan–Carlos Guerrero

Clerk, U.S. Bankruptcy Court