UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                                          Case No. 15-33066-DHW
                                                                                                               Chapter 13
RITA RICHARDS CORBITT,

    Debtor.

## ORDER TERMINATING STAY AND CODEBTOR STAY

Ally Financial filed a motion (Doc. # 41) for relief from the automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enforce a lien on the property described in the motion and to proceed against codebtor Joshua R. Richards to collect the debt to the extent the debt is not being paid through the chapter 13 plan. The motion came on for hearing on June 13, 2016. Counsel for the debtor could offer no defense. Accordingly, it is

ORDERED that the stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) are TERMINATED to allow Ally Financial to enforce its lien on the property described in the motion and to proceed against Joshua R. Richards to collect the debt to the extent the debt is not being paid through the chapter 13 plan. It is

FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this the 13th day of June, 2016.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Paul J. Spina III, Attorney for Creditor
    Ally Financial, Creditor
    Joshua R. Richards, Codebtor
    Curtis C. Reding, Trustee